IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                    September 21, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

ALEXIS M. HERMAN, etc.

vs                                            CIVIL 98-2244CCC

VIGILANTES, INC., etc.

By order of the Court, the Motion Requesting Leave to Submit Attached Exhibits A and B as Addenda to Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss **(docket entry 17)** is GRANTED. Parties to be notified.

                                                      ⁓ - Secretary

s/c  L. Mendoza
     J. Hagenlaimer
     H. LeHan
     M. Herrero

SEP 22 1999

RECD.  TO JUDGE
SEP 22 1999