IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Herman, Secretary of Labor

VS.

Vigilantes, Inc., Pedrosa

CIV 98-2244CCC

RECEIVED & FILED
1999 OCT 26 PM 1:07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

DATE FILED: 3/16/99    DOCKET: #12    TITLE: Defendants' Motion to Dismiss

[ ] Plaintiff(s)    [ ] _____
[X] Defendant(s)

### O-R-D-E-R

___ GRANTED.    ✓ DENIED, after considering the motion, the opposition (d.e.13) and
___ MOOT.        ___ NOTED.  plaintiff's motion requesting leave to submit Exhibits A+B (d.e. 17 which is allowed).

OTHER:

s/c  L. Mendoza
     J. Hagenheimer
     H. LeMan
     M. Herrero

OCT 26 1999

10/24/99
DATE

CARMEN CONSUELO CEREZO
United States District Judge

RECD. TO JUDGE
OCT 26 1999

#19