IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                          January 20, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

ALEXIS M. HERMAN, etc.

vs                                              CIVIL 98-2244CCC

VIGILANTES, INC. et al

   By order of the Court, the letter-motion for permission to appear pro hac vice filed by attorney George E. Cranwell (**docket entry 20**) is GRANTED.  Parties to be notified.

                                          ⌐⌐⌐ - Secretary

5

