IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                   March 7, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

ALEXIS M. HERNAN,
SECRETARY OF LABOR
UNITED STATES DEPARTMENT OF LABOR

vs                                           CIVIL 98-2244CCC

VIGILANTES, INC., et al

A final pretrial conference was held on March 6, 2000. Present were: AUSA Lilliam Mendoza-Toro and attorney Harold W. LeMar for plaintiff, and attorneys George E. Cranwell, Edgard Pedrosa and Manuel Herrero-García, for defendant.

The Joint Pretrial Order (**docket entry 22**) is approved. Plaintiff is granted until March 20, 2000 to amend the complaint and defendants will have until March 31, 2000 to answer the same. Plaintiff was granted until March 20, 2000 to oppose motion raising jurisdictional issue. Given these circumstances, the **trial setting of March 28, 2000 is VACATED.**

A **status conference is set for April 12, 2000 at 4:30 PM.** Parties to be notified.

                                                          - Secretary