IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                     April 7, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

ALEXIS M. HERMAN, et al

vs                                          CIVIL 98-2244CCC

VIGILANTES, INC., et al

By order of the Court, the **April 12, 2000 status conference is VACATED** pending adjudication of defendants' dismissal motion filed on March 2, 2000 (docket entry 24) and the plaintiff's opposition (docket entry 27), as to which the Court has required a reply. Parties to be notified by telephone.

— Secretary

4/10/2000
Parties notified by FAX

4-12-00 By tel
M. Herrero - Frank - Rosa
H. Samar - Voice mail

s/c J. Mendoza
J. Hagelriner
H. LeMar
M. Herrero
H. Conwell
4-13-00