IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ALEXIS M. HERNAN, Secretary of Labor,
United States Department of Labor

Plaintiff

vs.                                          CIVIL 98-2244CCC

VIGILANTES, INC., a Corporation and
EDGAR PEDROSA, individually and as
President of Vigilantes, Inc.

Defendants

**ORDER**

Before the Court is plaintiff's Motion to Amend Exhibit A Attached to the Complaint filed on March 20, 2000 (**docket entry 28**) and defendants' Opposition filed on March 30, 2000 (**docket entry 29**).

The parties are referred to the March 7, 2000 minutes of the final pretrial conference held on March 6, 2000 where it clearly appears that plaintiff was **granted** until March 20, 2000 to amend the complaint and defendants until March 31, 2000 to answer the same.

Accordingly, the plaintiffs' Motion to Amend Exhibit A (docket entry 28 ) is GRANTED.

SO ORDERED.

At San Juan, Puerto Rico, on April 10, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)