IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                         June 2, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

ALEXIS M. HERNAN,
SECRETARY OF LABOR
UNITED STATES DEPARTMENT OF LABOR

vs                                             CIVIL 98-2244CCC

VIGILANTES, INC., et al

   By order of the Court, Defendant's Motion (**docket entry 24**) is MOOT. The docket shall so reflect.

                     - Secretary

s/c: L. Mendoza
   G. Hagenheimer
   H. LeMar
   M. Xeniero
   S. Cranwell

JUN - 5 2000