## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

SECRETARY OF LABOR, U.S.
DEPARTMENT OF LABOR

**Plaintiff(s)**

**v.**

VIGILANTES, INC., et al

**Defendant(s)**

**CIVIL NO.**   98-2244 (JAG)

---

### ORDER

This case was referred for mediation in April, 2001.  The parties shall inform the Court by
October 12, 2001 on the status of mediation, and, if the case has settled, file a motion for voluntary
dismissal with prejudice by that date.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 1st day of October, 2001.

JAY A. GARCIA-GREGORY
United States District Judge

