SOL:HWL (98)42226

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| Elaine L. Chao [1], Secretary of Labor, United States Department of Labor | Civil Action |
| | File No. 98-2244 |
| Plaintiff, | |
| | (JAGG) |
| v. | |
| | |
| VIGILANTES, INC., a Corporation, and EDGAR PEDROSA, Individually and as President of VIGILANTES, INC. | **CONSENT JUDGMENT** |
| | |
| Defendants | |

---

Plaintiff, hereinafter called the Secretary, has filed her complaint. Defendants have filed responsive pleadings denying the allegations and raising legal defenses. The parties have now reached a compromise agreement in which the Defendants have agreed to pay the sum of $128,000.00 to settle this litigation without further expense to all parties. The Plaintiff is accepting this sum in full satisfaction of all claims which the Plaintiff and all individual employees named by the Plaintiff in this litigation would otherwise have against the Defendants for all matters alleged in the pleadings herein. Without admitting any liability for any of the violations as alleged, the Defendants agree to the entry of the following Consent Judgment provisions:

I.  ORDERED, ADJUDGED, AND DECREED that Defendants

---

[1]  Elaine L. Chao is the Secretary of Labor and is substituted for Alexis M. Herman pursuant to F.R.Civ.P. Rule 25(d)(1).




Vigilantes, Inc, and Edgar Pedrosa, their officers, agents, servants, employees, and all persons acting or claiming to act in their behalf and interest be, and they hereby are, permanently enjoined and restrained from violating the provisions of sections 7, 11(c), 15(a)(2) and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended, (29 U.S.C. Section 201 et seq.), (the Act), in any of the following manners:

(A) Defendants shall not, contrary to Section 7 of the Act, employ any of their employees in any workweek who are engaged in commerce or in the production of goods for commerce, or employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, for workweeks longer than the hours now, or which in the future become, applicable under Sections 7 and 15(a)(2) of the Act, unless the said employees receive compensation for their employment in excess of the prescribed hours at rates not less than one and one-half times the employees' regular rates.

(B) Defendants shall not fail to make, keep, and preserve adequate records of their employees and of the wages, hours, and other conditions and practices of employment maintained by them as prescribed by the Regulations issued pursuant to Section 11(c) of the Act and found at 29 CFR Part 516.

II. ORDERED, ADJUDGED, AND DECREED that the Defendants be, and hereby are, enjoined and restrained from withholding the payment of $113,000 (of the $128,000 being paid in compromise) as

2

sums due to Plaintiff and to employees named herein as compensation and damages claimed as due pursuant to §§ 7 and 16(c) of the Act to Plaintiff. This amount is to be paid to employees as provided on Exhibit A. Payment of these sums shall be made in monthly installments in accordance with the schedule shown in Exhibit B attached. The first payment of $60,000.00 shall be made on or before November 15, 2001, followed by payments of $13,250 on or before December 15, 2001, January 15, 2002, February 15, 2002 and March 15, 2002.

III. The provisions of this order relative to the amounts listed in Exhibit B shall be deemed satisfied when defendants deliver to plaintiff's representatives, Bank of America, U.S. Department of Labor, Wage Hour Division, Box 845229, Dallas, Texas 75284-5229, certified checks in the amounts listed Exhibit B attached, made payable Wage-Hour, U.S. Labor. Plaintiff shall distribute the proceeds of such checks to the employees listed on Exhibit A, or to their estates, if that is necessary.

Neither Defendants nor any one on their behalf shall directly or indirectly solicit or accept the return or refusal of any sums paid as back wages and liquidated damages under this Judgment; and

IV. It is further ORDERED, ADJUDGED AND DECREED that any back wages which cannot be distributed to employees named in this judgment, or to their personal representatives because of inability of either Defendants or Plaintiff to locate the proper persons, or because of such persons' refusal to accept such sums, shall be deposited by the Secretary of Labor in a special deposit account to

be paid to the rightful employee. When recovered wages have not been claimed by the employee within three years, the Secretary of Labor shall deposit them into the United States Treasury as miscellaneous receipts.

Defendants shall make available to Plaintiff the social security number and last known address of each employee or former employee listed in Exhibit A of this judgment.

V. It is further ORDERED, ADJUDGED, AND DECREED that, pursuant to section 16(e) of the Act, and in accordance with 29 CFR Parts 578 and 580, the Defendants shall pay a civil money penalty of $15,000.00 by a check made payable to: Wage Hour Division, U.S. Department of Labor. Defendants shall send such check to Plaintiff at U.S. Department of Labor, Wage Hour Division, The Curtis Center, Suite 850 West, 170 South Independence Mall West, Philadelphia, PA 19106-3317 on or before April 15, 2002; and

VI. It is FURTHER ORDERED, ADJUDGED AND DECREED that neither the commencement of this action nor the provisions of this Consent Judgment shall in any way affect, determine, or prejudice any and all legal rights of any employees of Defendants, not named in this litigation, to file any action against Defendants under section 16(b) of the Act to file any claims which are not already barred by the Statute of Limitations; and

VII. It is FURTHER ORDERED, ADJUDGED, AND DECREED that each party shall bear its own fees and other expenses incurred by

such party in connection with this proceeding.

DATED: November 29, 2001

_____
UNITED STATES DISTRICT JUDGE

The parties appeared by counsel
and hereby consent to the entry
of this Judgment.

For Defendant                           For Plaintiff

CORP.
SEAL

 

 

 

 

                                                            HOWARD RADZELY
                                                            Acting Solicitor of Labor

                                                            PATRICIA M. RODENHAUSEN
                                                            Regional Solicitor

BY: _____
Edgar Pedrosa, Individually
and as President

_____        _____
George E. Cranwell                             Harold W. LeMar
Attorney for Defendants                     Attorney for Plaintiff

5

| NAME | Backwages | Liquidated Damages | Total |
|---|---|---|---|
| Alejandro Figueroa, Samuel | 30 | 30 | 60 |
| Alejandro Rivera, Axel Domingo | 36 | 36 | 72 |
| Alicea Delgado, Luis E. | 35 | 35 | 70 |
| Amalbert, Luis M | 27 | 27 | 54 |
| Andino Montes, Cruz | 68 | 68 | 136 |
| Arias Melo, Juan | 2064 | 2064 | 4128 |
| Arriaga Rios, Jose | 851 | 851 | 1702 |
| Arroyo Medina, David | 131 | 131 | 262 |
| Arroyo Negron, Felix | 85 | 85 | 169 |
| Ayala Rodriguez, Juan A. | 30 | 30 | 59 |
| Ayala Sanchez, Michael | 48 | 48 | 96 |
| Benitez Santana, Billy Joe | 64 | 64 | 127 |
| Berrios Gomez, Anastacio | 196 | 196 | 391 |
| Boralli Rosa, Ruben | 307 | 307 | 615 |
| Borges Feliciano, Miguel A. | 46 | 46 | 92 |
| Bravo Quinonez, Mike | 56 | 56 | 112 |
| Burns Goss, Keith W. | 695 | 695 | 1391 |
| Buscampert, Edward | 69 | 69 | 138 |
| Caba Medina, Hector M. | 44 | 44 | 87 |
| Caban Medina, Hector | 51 | 51 | 101 |
| Cabanas Olmo, Jose | 339 | 339 | 678 |
| Camacho Fabre, Miguel A. | 1369 | 1369 | 2738 |
| Canals, Simon | 164 | 164 | 328 |
| Candelaria Carrasquillo, Obed | 411 | 411 | 822 |
| Cantres Velez, Angel M. | 97 | 97 | 193 |
| Cardona Rodriguez, Israel | 110 | 110 | 220 |
| Carrasquillo Monserrate, Gary | 145 | 145 | 290 |
| Carrasquillo Rodriguez, Amado | 72 | 72 | 143 |
| Carrera Solero, Waldemar | 96 | 96 | 192 |
| Carrion Melendez, Jesus | 61 | 61 | 122 |
| Carrion Rivera, Alberto | 1087 | 1087 | 2175 |
| Castillo Estanislao, Esteban | 975 | 975 | 1951 |
| Castillo Martinez, Miguel | 102 | 102 | 204 |
| Castillo Rivera, Luis O. | 42 | 42 | 83 |
| Centeno Ortiz, Edwin | 78 | 78 | 155 |
| Chevres Rosado, Antonio | 45 | 45 | 89 |
| Collazo Soto, Enrique | 73 | 73 | 146 |
| Collazo, Ramon L. | 40 | 40 | 81 |
| Colon Caballero, Rafael | 151 | 151 | 302 |
| Colon, Luis R. | 43 | 43 | 85 |
| Concepcion Acosta, Candelario | 27 | 27 | 55 |

EXHIBIT A

1

| NAME | Backwages | Liquidated Damages | Total |
|---|---|---|---|
| Contreras Negron, Jorge L. | 67 | 67 | 134 |
| Cordero Lopez, Anneudy | 31 | 31 | 63 |
| Cordero Pesquera, Luis | 122 | 122 | 244 |
| Correa Cruz, Pedro | 29 | 29 | 57 |
| Correa Ramos, Rafael | 85 | 85 | 170 |
| Cosme Lozada, Ivan | 45 | 45 | 91 |
| Covington Mc Queen, Charles | 28 | 28 | 56 |
| Cruz Ayala, Lorenzo | 41 | 41 | 82 |
| Cruz Diaz, William | 82 | 82 | 165 |
| Cruz Montero, Juan A. | 54 | 54 | 108 |
| Cruz Ocasio, Charlie | 397 | 397 | 795 |
| Cruz Perez, Moises | 68 | 68 | 136 |
| Cruz Rivera, Edwin | 35 | 35 | 70 |
| Cruz Torres, Gilberto | 78 | 78 | 155 |
| Cuadrado del Valle, Andres | 43 | 43 | 86 |
| Damon Lozada, David L. | 29 | 29 | 58 |
| De Jesus Santel, Miguel | 42 | 42 | 83 |
| De Jesus Santiago, Jose L. | 52 | 52 | 104 |
| Del Valle Diaz, Antonio | 223 | 223 | 446 |
| Del Valle Ortiz, Alejandro | 32 | 32 | 64 |
| Delgado Sanchez, Rafael | 67 | 67 | 135 |
| Diaz Alicea, Wilfredo | 615 | 615 | 1230 |
| Diaz Jorge, Angel M. | 288 | 288 | 576 |
| Echevarria Rodriguez, Benigno | 325 | 325 | 649 |
| Egipciaco Ruiz, Manuel | 128 | 128 | 256 |
| Escudero, Agustin | 36 | 36 | 72 |
| Espada Diaz, Luis | 34 | 34 | 68 |
| Espinosa Nieves, Angel | 334 | 334 | 667 |
| Estrella Tosado, Joaquin A. | 30 | 30 | 59 |
| Fagundo Silva, Norman M. | 118 | 118 | 235 |
| Falu Febres, Ciprian | 29 | 29 | 57 |
| Farrer Delgado, Oscar | 173 | 173 | 345 |
| Felix de Jesus, Luz E. | 86 | 86 | 173 |
| Fernandez Gonzalez, Agustin | 980 | 980 | 1959 |
| Figueroa Mendez, Hector | 27 | 27 | 55 |
| Flores Guzman, Gilbert | 38 | 38 | 77 |
| Flores Medina, Julio Ramon | 147 | 147 | 294 |
| Flores Ortiz, Ramon J. | 738 | 738 | 1476 |
| Flores Rivera, Pablo | 403 | 403 | 805 |
| Fontanez Arroyo, Freddy | 57 | 57 | 113 |
| Fontanez Arroyo, Norberto | 40 | 40 | 80 |
| Garcia Gonzalez, Eugenio | 886 | 886 | 1772 |
| Garcia Gonzalez, Ruperto | 359 | 359 | 717 |
| Garcia Ortega, Oscar | 215 | 215 | 429 |

EXHIBIT A

2

| NAME | Backwages | Liquidated Damages | Total |
|---|---|---|---|
| Garcia Santos, Claudio David | 91 | 91 | 182 |
| Giboyeaux Mussenden, Efrain | 63 | 63 | 125 |
| Godinez Ojeda, Carlos A. | 45 | 45 | 91 |
| Gomez Lopez, Marta | 33 | 33 | 67 |
| Gonzalez Aviles, Mildred | 30 | 30 | 59 |
| Gonzalez Cordero, Ricardo | 29 | 29 | 58 |
| Gonzalez Cruz, Carlos M. | 63 | 63 | 126 |
| Gonzalez Estrada, Bernardo | 77 | 77 | 154 |
| Gonzalez Gonzalez, Padia | 41 | 41 | 82 |
| Gonzalez Perez, Jorge | 36 | 36 | 72 |
| Gonzalez Pimentel, Pedro J. | 37 | 37 | 73 |
| Gonzalez Rivera, Ramon | 148 | 148 | 295 |
| Gonzalez Rodriguez, Jose M. | 30 | 30 | 59 |
| Gonzalez Santiago, Johnny | 36 | 36 | 72 |
| Gonzalez Sotomayor, Carlos J. | 33 | 33 | 66 |
| Gonzalez Velez, Michael A. | 37 | 37 | 73 |
| Guzman Avilez, Jose Angel | 27 | 27 | 54 |
| Guzman Marrero, Felix | 44 | 44 | 87 |
| Guzman Marrrero, Jose A. | 50 | 50 | 100 |
| Guzman Ramos, Giovanni | 40 | 40 | 81 |
| Hernandez Rivera, Angel O. | 39 | 39 | 78 |
| Huertas Valentin, Gualberto | 486 | 486 | 972 |
| Jimenez Cardenales, Martin | 58 | 58 | 115 |
| Jovet Melero, Rafael | 209 | 209 | 417 |
| Jovet Milero, Rafael | 29 | 29 | 58 |
| Jusino Rodriguez, Jose L. | 42 | 42 | 84 |
| Laugier Mauleon, Roberto E. | 127 | 127 | 253 |
| Lebron Perez, Juan | 60 | 60 | 121 |
| Liceaga Hernandez, Manuel | 390 | 390 | 781 |
| Llanes Rodriguez, Yamill | 117 | 117 | 234 |
| Lopez Figueroa, Jose | 231 | 231 | 461 |
| Lopez Ocasio, Wilfredo | 200 | 200 | 400 |
| Lopez Oquendo, Rafael L. | 30 | 30 | 59 |
| Lopez Parrilla, Samuel | 66 | 66 | 132 |
| Lopez Rivera, Alejandrina | 87 | 87 | 174 |
| Lopez Rolon, Javier E. | 39 | 39 | 78 |
| Lopez Rubio, Nicasio | 139 | 139 | 278 |
| Lopez Torres, Oscar | 3622 | 3622 | 7244 |
| Lopez Torres, Gerardo | 44 | 44 | 88 |
| Lugo Ramos, Angel I. | 27 | 27 | 55 |
| Lugo Torres, Edgardo | 209 | 209 | 417 |
| Maldonado Alcazar, Magbis | 92 | 92 | 183 |
| Maldonado Rosado, Reinaldo | 1668 | 1668 | 3335 |
| Martin, Jose A. | 33 | 33 | 67 |

EXHIBIT A

3

| NAME | Backwages | Liquidated Damages | Total |
|---|---|---|---|
| Martinez Otero, Arturo | 121 | 121 | 243 |
| Martinez Rivera, Pablo | 306 | 306 | 612 |
| Martinez Rosado, Wilfredo | 961 | 961 | 1921 |
| Martinez Torres, Edwin | 27 | 27 | 55 |
| Mass Echevarria, Felipe | 49 | 49 | 97 |
| Medina Diaz, Carlos | 27 | 27 | 55 |
| Medina Medina, Carlos E. | 85 | 85 | 170 |
| Melendez Narvaez, Jairan | 315 | 315 | 630 |
| Mieses Rosario, Luis J. | 79 | 79 | 158 |
| Mojica Villanueva, Fred Wilson | 27 | 27 | 54 |
| Molina Torres, German | 30 | 30 | 60 |
| Monell Diaz, Jose A. | 169 | 169 | 339 |
| Monell Ortiz, Jose A. | 256 | 256 | 511 |
| Montanez Pedraza, Pedro | 197 | 197 | 395 |
| Morales Guerrero, Juan F. | 353 | 353 | 705 |
| Morin Garcia, Evan W. | 65 | 65 | 129 |
| Motta Guadalupe, Juan J. | 145 | 145 | 290 |
| Munoz Figueroa, Jose A. | 51 | 51 | 102 |
| Nebot Salas, Edgar | 33 | 33 | 67 |
| Negron Cortes, Luis M. | 3601 | 3601 | 7202 |
| Negron Flores, Wilfrido | 67 | 67 | 134 |
| Negron Surrentini, Roberto | 39 | 39 | 78 |
| Nieves Perez, Harry | 470 | 470 | 939 |
| Nin Colon, Eric | 431 | 431 | 862 |
| Ocasio Feliciano, Pedro | 109 | 109 | 218 |
| Ocasio Mendez, Pedro E. | 46 | 46 | 93 |
| Olivo Martinez, Abelardo | 81 | 81 | 162 |
| Ortega Gotay, Jose | 96 | 96 | 192 |
| Ortiz Caraballo, Jose M. | 1483 | 1483 | 2965 |
| Ortiz Irizarry, Porfirio | 35 | 35 | 70 |
| Ortiz Jimenez, Dawin | 55 | 55 | 110 |
| Ortiz Martinez, Jose R. | 94 | 94 | 189 |
| Ortiz Moya, Rolando | 308 | 308 | 617 |
| Otero Tirado, Victor | 128 | 128 | 257 |
| Pabon Matias, Pedro L. | 96 | 96 | 192 |
| Pabon Rosario, Tony J. | 60 | 60 | 121 |
| Pacheco Claudio, D. | 71 | 71 | 141 |
| Paduani, Jorge R. | 89 | 89 | 179 |
| Pagan Martinez, Luis G. | 88 | 88 | 176 |
| Paniagua Benitez, Luis | 50 | 50 | 100 |
| Pantojas, Jose | 43 | 43 | 85 |
| Pena Diaz, Ariel | 71 | 71 | 141 |
| Pena Diaz, Miguel A. | 154 | 154 | 307 |
| Perez Cedeno, Jose | 44 | 44 | 88 |

EXHIBIT A

4

| NAME | Backwages | Liquidated Damages | Total |
|---|---|---|---|
| Perez Perez, Manuel | 287 | 287 | 574 |
| Perez Rodriguez, Carlos | 223 | 223 | 445 |
| Perez Ruiz, Roberto | 312 | 312 | 624 |
| Quiles Ramos, Pedro | 53 | 53 | 106 |
| Quiles Santana, Angel G. | 53 | 53 | 106 |
| Ramirez Concepcion, Eladio L. | 46 | 46 | 92 |
| Ramos Gonzalez, David | 60 | 60 | 121 |
| Ramos Montero, Julio | 98 | 98 | 195 |
| Ramos Oquendo, Nestor | 1131 | 1131 | 2261 |
| Ramos Tanon, Rafael | 213 | 213 | 426 |
| Reyes Arrieta, Jose | 223 | 223 | 446 |
| Rivera Andino, Arismenio | 45 | 45 | 89 |
| Rivera Figueroa, Juan L. | 27 | 27 | 54 |
| Rivera Garcia, Victor M. | 46 | 46 | 92 |
| Rivera Gonzalez, Hector | 119 | 119 | 237 |
| Rivera Melendez, Francisco | 37 | 37 | 74 |
| Rivera Nieves, Angel L. | 176 | 176 | 353 |
| Rivera Rivera, William | 36 | 36 | 72 |
| Rivera Ruiz, Braulio | 40 | 40 | 80 |
| Rivera Sanchez, Ismael | 37 | 37 | 74 |
| Rivera Santiago, Julio | 341 | 341 | 683 |
| Rivera Serrano, Roy | 110 | 110 | 220 |
| Robles Colon, Alexis G. | 74 | 74 | 149 |
| Robles Rosado, Jose M. | 69 | 69 | 138 |
| Rodriguez Carrasquillo, Juan | 33 | 33 | 67 |
| Rodriguez Escribano, Vicente | 35 | 35 | 69 |
| Rodriguez Hale, Jesus | 43 | 43 | 85 |
| Rodriguez Quintana, Afelio | 66 | 66 | 132 |
| Rodriguez Rivera, Melvin | 31 | 31 | 61 |
| Rojas Ramos, Edwin | 389 | 389 | 779 |
| Roman Perez, Ramon | 43 | 43 | 85 |
| Rosa Bonilla, Jorge L. | 73 | 73 | 146 |
| Rosa Ramos, Carlos | 98 | 98 | 196 |
| Rosa Rodriguez, Placido | 37 | 37 | 74 |
| Rosario Gutierrez, Noel | 32 | 32 | 64 |
| Rosario Santiago, Raymond | 36 | 36 | 72 |
| Ruiz Gonzalez, Raul | 34 | 34 | 68 |
| Ruiz Miranda, Miguel A. | 70 | 70 | 140 |
| Ruiz Pagan, Ivan | 182 | 182 | 364 |
| Sala Rivera, Juan A. | 88 | 88 | 177 |
| Salabarria Serrano, Jose A. | 51 | 51 | 101 |
| Saldana Alamo, Jesus M. | 119 | 119 | 238 |
| Sambolin Ayala, Felipe | 123 | 123 | 246 |
| Sanchez Rodriguez, Victor M. | 952 | 952 | 1904 |

EXHIBIT A

5

| NAME | Backwages | Liquidated Damages | Total |
|---|---|---|---|
| Sanchez Maldonado, Eduardo | 28 | 28 | 56 |
| Santos Hernandez, Rene | 29 | 29 | 57 |
| Santos Rodriguez, Jorge Luis | 44 | 44 | 87 |
| Santos Santos, Luis | 1204 | 1204 | 2408 |
| Serrano Allen, Angel | 61 | 61 | 122 |
| Serrano Alverio, Angel L. | 67 | 67 | 135 |
| Serrano Lopez, Juan F. | 614 | 614 | 1228 |
| Siberon Echevarria, Jorge L. | 1385 | 1385 | 2769 |
| Sola Rivera, Juan | 44 | 44 | 88 |
| Tapia Cancel, Carmelo | 60 | 60 | 120 |
| Thompson Oropeza, Richard | 29 | 29 | 57 |
| Tirado Perez, Edgar | 29 | 29 | 57 |
| Tirado Rivera, William | 37 | 37 | 73 |
| Torres Lebron, Luis R. | 213 | 213 | 426 |
| Torres Lopez, Oscar | 41 | 41 | 82 |
| Torres Ramos, Ruben | 1552 | 1552 | 3103 |
| Torres Santana, Luis R. | 2281 | 2281 | 4562 |
| Urbina Santos, Jorge A. | 226 | 226 | 452 |
| Valazquez Velazquez, Saul | 41 | 41 | 82 |
| Valdez Abreu, Eugenio | 202 | 202 | 403 |
| Valencia Nazario, Ruben | 49 | 49 | 98 |
| Vazquez Mundo, Victor C. | 71 | 71 | 141 |
| Vazquez Rojas, Carlos | 55 | 55 | 110 |
| Vazquez Vazquez, Bienvenido | 219 | 219 | 438 |
| Vega Aponte, Jaime | 169 | 169 | 339 |
| Vega Ortiz, Jesus | 539 | 539 | 1078 |
| Velazquez Velazquez, Saul | 174 | 174 | 347 |
| Velez Garcia, Heriberto | 328 | 328 | 657 |
| Velez Morales, Ferdinand | 37 | 37 | 74 |
| Velez Rodriguez, Jose L. | 591 | 591 | 1182 |
| Velez Rosario, Ismael | 241 | 241 | 482 |
| Viera Carrasquillo, Ruben | 91 | 91 | 181 |
| Villanueva Mateo, Diego | 123 | 123 | 247 |
| Villanueva Villanueva, Flavia | 97 | 97 | 193 |
| Yales Herbert, Francis | 764 | 764 | 1529 |
| Zayas Munoz, Lee D. | 51 | 51 | 102 |
| Totals | 56500 | 56500 | $113,000 |

EXHIBIT A

6

| Payment # | to be paid on or before | Amount |
|---|---|---|
| 1 | November 15, 2001 | $ 60,000 |
| 2 | December 15, 2001 | 13,250 |
| 3 | January 15, 2002 | 13,250 |
| 4 | February 15, 2002 | 13,250 |
| 5 | March 15, 2002 | 13,250 |
| Total | | $113,000 |

EXHIBIT B

RESOLVED, that the corporation, VIGILANTES, INC., hereby ratifies and confirms the compromise offer made to Elaine L. Chao, Secretary of Labor, with respect to the alleged violations of the Fair Labor Standards Act of 1938, as amended, and that the said corporation consents to the entry of the Consent Order in an action which has been filed by ALEXIS M. HERMAN, Secretary of Labor, against the corporation and the officers of the corporation be, and they hereby are, authorized to do and perform all acts and things necessary to effectuate the provisions of said Consent Order.

The undersigned, __Patricia Pedrosa__, secretary of VIGILANTES, INC., hereby certifies that the foregoing is a true copy of a resolution adopted by the Board of Directors at a meeting of said Board on __November 7__, 2001. The undersigned further certifies that EDGAR PEDROSA whose signature appears below is President of said corporation and that he has duly been authorized by said resolution to execute the aforementioned consent to the entry of said Consent Order on behalf of the Corporation.

_____<br>SECRETARY

CORP.
.SEAL

_____
EDGAR PEDROSA
President

COMMONWEALTH OF PUERTO RICO     )
                                :SS:    Affidavit No. 1264
LOCALITY OF Guaynabo, Puerto Rico )

On the 12 day of November 2001 before me came (Edgar Pedrosa) digo Patricia Pedrosa, to me known, who, being by me duly sworn, did depose and say that

is the Secretary of VIGILANTES, INC., the corporation described in and which executed the foregoing instrument; that he/she knows the seal of the said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation; and that he signed his/her name thereto by like order.

_____
NOTARY PUBLIC

COMMONWEALTH OF PUERTO RICO     )
                                :SS:    Affidavit No. 1265
LOCALITY OF San Juan, Puerto Rico )

On the 12 day of November 2001 before me personally appeared EDGAR PEDROSA to me known and known to me to be the individual described in and who executed the foregoing instrument and he duly acknowledged to me that he executed the same.

_____
NOTARY PUBLIC